[No. 24312-5-III. Division Three. January 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAAL HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00822-3, John M. Antosz, J., entered June 28, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, A.C.J., concurred in by Kato and Kulik, JJ.

[No. 24436-9-III. Division Three. January 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL LEE FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00532-0, John M. Antosz, J., entered July 18, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24568-3-III. Division Three. January 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. REZA ABGHARI, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01572-4, Kathleen M. O'Connor, J., entered September 13, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.